# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TREVOR CHAPLICK, TRUSTEE** | : | |
| **FOR CANAL VISTA TRUST** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 8:13-cv-02070-TDC |
| | : | |
| **JENG FEN MAO, et al.** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Upon consideration of the Defendants' Motion in Limine, and any opposition thereto, it is this _____ day of _____, 2016, hereby

ORDERED, that Defendants' Motion *in Limine* be and the same hereby is, GRANTED; and it is further,

ORDERED, that Plaintiff's Exhibits 3, 15, 21, 22, 23, 24 and 25 are inadmissible at trial.

_____
Judge Theodore D. Chuang
United States District Judge